

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRUCE WHEATLEY, in his capacity as Executor of the Estate of Judith T. Wheatley, | § § | No. 08-18-00106-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | Probate Court No. 1 |
| DALE FARLEY, in his capacity as Dependent Administrator of the Estate of Travis B. Kirchner, | § § | of El Paso County, Texas (TC# 2014-CPR01539) |
| Appellee/Cross-Appellant. | | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause to the trial court for further proceedings, in accordance with this Court's opinion. We further order that Appellant/Cross-Appellee, and his sureties, if any, *see* TEX. R. APP. P. 43.5, and Appellee/Cross-Appellant each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF AUGUST, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.
Alley, C.J., dissenting